Order entered December 10, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01069-CV

## IN THE INTEREST OF A.C.M., A MINOR CHILD

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-12-19569-Z

## ORDER

We **GRANT** appellant's December 9, 2015 first motion for additional time to file brief to the extent we **ORDER** the brief be filed no later than December 28, 2015. Because this is an accelerated appeal in a parental termination case, no further extensions will be granted.

/s/    CRAIG STODDART
           JUSTICE

RECEIVED IN
COURT OF APPEALS, 5th DIST.

DEC 2 8 2015

MATZ
CLERK 5th DISTRICT



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

**RETURN TO SENDER**

*discharged*

N TEXAS
DALLAS 750
14 DEC '15
PM 10 L



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48⁰
02 1P
0000856274     DEC 11 2015
MAILED FROM ZIP CODE 75201

CASE: 05-15-01069-CV
JUSTIN I
SANDER
TDCJ # 0
1100 HW
VENUS,

7520 06631
76084-396600

NIXIE          750   DE 1           0012/22/15
                 RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 75202663150       *1934-00525-14-46